# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 12, 2002

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Nos. 02-1280 & 02-1331

| | |
|---|---|
| TELEMARK DEVELOPMENT GROUP, INC., a Nevada corporation,<br>*Plaintiff-Appellee,*<br>*Cross-Appellant,*<br><br>v.<br><br>JOHN P. MENGELT,<br>*Defendant-Appellant,*<br>*Cross-Appellee.* | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 00 C 3626<br><br>Milton I. Shadur,<br>*Judge.* |

ORDER

The opinion of this court issued on December 12, 2002, is amended as follows:

On page 1, the caption should be modified to read:

TELEMARK DEVELOPMENT GROUP, INC.,
a Nevada corporation,

*Plaintiff-Appellee,*
*Cross-Appellant,*

v.

JOHN P. MENGELT,

*Defendant-Appellant,*
*Cross-Appellee.*